FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**MIKE KEASLER**
**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
   JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

Wednesday, October 23, 2019

Presiding Judge 7th District Court
100 N Broadway, 2nd Fl
Tyler, TX 75702-7236
* Delivered Via E-Mail *

**Re:**  Pendergraft, James Ray
**CCA No.**  PD-0474-19
**Trial Court Case No.**  007-1264-17

The Court has this day issued an order for the above referenced cause.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    12th Court of Appeals Clerk (Delivered Via E-Mail)
       District Attorney Smith County (Delivered Via E-Mail)
       District Clerk Smith County (Delivered Via E-Mail)
       State Prosecuting Attorney (Delivered Via E-Mail)
       James Pendergraft